

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2013

No. 04-12-00155-CR, 04-12-00156-CR, & 04-12-00157-CR

Glen Edward **FARMER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9601A, 2011CR9602A, & 2011CR9603A
The Honorable Angus McGinty, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2013.

_____
Keith E. Hottle
Clerk of Court